**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

---

**KENNETH E. DOHMEN, JR.,** *et al.*,

          **Plaintiffs,**                                   **Case No. 2:23-cv-2389**
                                                      **JUDGE EDMUND A. SARGUS, JR.**
**v.**                                                          **Magistrate Judge Kimberly A. Jolson**

**RACHEL A. BROWNING,** *et al.*,

          **Defendants.**

---

**JAMES ROBERT BONTHUIS,**

                                                        **Case No. 2:23-cv-2396**
                                                        **JUDGE EDMUND A. SARGUS, JR.**
                                                        **Magistrate Judge Kimberly A. Jolson**

          **Plaintiff,**

**v.**

**RACHEL A. BROWNING,** *et al.*.

          **Defendants.**

---

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE**

      This matter is before the Court on the Unopposed Motion to Consolidate filed by Defendant Progress Freight Lines, Inc. (Case No. 2:23-cv-2389, ECF No. 12).  Defendant Progress moves pursuant to Federal Rule of Civil Procedure 42(a) to consolidate Case Nos. 2:23-cv-2389 and 2:23-cv-2396, arguing that the cases involve the same motor vehicle accident and have identical issues of law and fact.  Defendant Progress confirmed with all counsel that this motion is unopposed.

      The court agrees that a "common question of law and fact" between the two cases exists and that consolidation is otherwise proper. Thus, pursuant to Federal Rule of Civil Procedure 42(a), the Court **GRANTS** Defendant' Unopposed Motion to Consolidate.  (Case No. 2:23-cv-2389, ECF

No. 12.)  The parties are **DIRECTED** to making all future filings on the docket of Case No. 2:23-cv-2389.

    Both cases remain open.

    **IT IS SO ORDERED.**


| | |
|---|---|
| **3/15/2024** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |